EXHIBIT "B"

## PROMISSORY NOTE

$ 1,000,654.20 Amount                                          Paramount, CA

                                                               April 28, 2015

**FOR VALUE RECEIVED**, the undersigned ("Purchaser") promises to pay to Bernard Kerper ("Selling Shareholder") the principal sum of One Million Six Hundred Fifty Four and 20/100 Dollars ($1,000,654.20) at the times as specified hereinafter.

This Note is issued pursuant to the ESOP Loan Agreement (the "Agreement"), of even date herewith, between the Trustee and Selling Shareholder, to fund the purchase of a number of shares to be based on the above amount of the Note from an appraisal prepared on the common stock of the Company (the "shares") from Selling Shareholder, to which reference is made for a statement of the terms and conditions under which this Note is issued. This Note is secured by a security interest in the shares being sold pursuant to a Security Agreement, of even date herewith, between the Trustee and the Selling Shareholder.

**INTEREST** will be paid at a rate of 3.25% no later than every year on April 28th as set forth in the Agreement. Interest will be computed on a monthly basis, and will be paid no later than annually. Payments of all accrued unpaid interest will be due as of each payment date. Trustee's first interest payment to selling shareholder is due no later than April 28, 2016, and all subsequent interest payments are due no later than on each annual anniversary date thereafter. Selling Shareholder's final payment is due on April 28, 2025 and will be for all principal and accrued interest not yet paid.

**PRINCIPAL** is to be repaid not later than annual payments, with the first payment due no later than April 28, 2016, and all subsequent principal payments are due no later than on each annual anniversary date thereafter. Selling Shareholder's final payment is due on April 28, 2025 and will be for all principal and accrued interest not yet paid.

Selling Shareholder may allow prepayment of any part or all of the installments payable hereunder without premium or penalty. In the event of prepayment, the prepayment shall be applied to the principal and/or interest, as agreed upon between the Trustee and Selling Shareholder.

In the event of default on the payment of one or more of the installments provided for under the terms of this Note, the value of the amount due, shall be limited to the amount then in default as determined by the amount by which Trustee failed to pay the installments required. The Selling Shareholder shall not have the right to accelerate the due date of any installment hereunder.

No delay or omission on the part of the holder hereof or of the Selling Shareholder in exercising any right hereunder shall operate as a waiver of such right or of any other right under this Note. A waiver on any one occasion shall not be construed as a bar to or waiver of any such right and/or remedy on any future occasion.

605-878-0126     p 2

**Bernard Kerper,** as Trustee ("Trustee") of the Anaplex Corporation Employee Stock Ownership Plan.

By /s/ Bernard Kerper
Bernard Kerper, Trustee

SELLING SHAREHOLDER:

By /s/ Bernard Kerper
Bernard Kerper